1 | Anna Y. Park, CA SBN 164242
2 | Gregory L. McClinton, CA SBN 153553
  | Thomas S. Lepak, CA SBN 245649
3 | U.S. EQUAL EMPLOYMENT
  | OPPORTUNITY COMMISSION
4 | 255 East Temple Street, Fourth Floor
  | Los Angeles, CA 90012
5 | Telephone:  (213) 894-1032
  | Facsimile:  (213) 894-1301
6 | E-Mail:  lado.legal@eeoc.gov

7 | Attorneys for Plaintiff
  | U.S. EQUAL EMPLOYMENT
8 | OPPORTUNITY COMMISSION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: CV-07-0031 |
|---|---|
| Plaintiff, | **MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY U. S. EEOC COUNSEL, GREGORY McCLINTON** |
| vs. | |
| YUN'S CORPORATION and TOWNHOUSE INCORPORATED, | Date: April 14, 2008
Time: 9:00 A.M.
Hon. Alex R. Munson |
| Defendant(s). | |

Pursuant to LR 16.2CJ(2)(1)(a), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits this Motion to allow Gregory McClinton, counsel for EEOC,  to participate via telephone in the Case Management Conference set for April 14, 2008. Attorney doesn't reside in Saipan. EEOC makes this request in an attempt to save the attorney's time and to save EEOC both time and money.  At 9:00 a.m. on Monday, April 14, 2008 (Sunday, April 13, 4:00 p.m. PST), Gregory McClinton will be available at (213) 894-1053.

-1-

1       The attorney thanks the Court for accepting such requests.

2

3 Respectfully Submitted By:

4                                               U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

5                                               Anna Y. Park
Gregory L. McClinton

6                                               Thomas S. Lepak

7 Date: April 2, 2008                  /s/ Gregory L. McClinton

8                                               Gregory L. McClinton
Senior Trial Attorney

9                                               Attorneys for Plaintiff

10 ///

11 ///

12 ///

13

14 ///

15 ///

16

17 ///

18 ///

19 ///

20

21 ///

22 ///

23

24 ///

25 ///

26 ///

27

28 ///

PROOF OF SERVICE VIA ELECTRONIC FILING SYSTEM

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission, Honolulu Local Office.

My business address is Equal Employment Opportunity Commission, 300 Ala Moana Boulevard, Room 7-127, Honolulu, Hawaii 96850.

On the date that this declaration was executed, as shown below, I served the foregoing MOTION REQUESTING TELEPHONIC PARTICIPATION BY EEOC COUNSEL, GREGORY McCLINTON via e-mail/FAX and via regular mail with postage therein fully prepaid, at Honolulu, State of Hawaii, in envelopes addressed as follows:

>Richard W. Pierce
>Attorney at Law
>P. O. Box 503514
>Saipan, MP 96950
>rwpierce@Saipan.com

I declare under penalty of perjury that the foregoing is true and correct.

1
2    Executed on April 2, 2008 at Honolulu, Hawaii.
3                                    _____
4                                    Wilma DeGuzman
                                     Legal Technician
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28