FILED
Clerk
District Court

APR - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>YUN'S CORPORATION and TOWNHOUSE INCORPORATED,<br><br>Defendants | Civil Action No. 07-0031<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that plaintiff's counsel's motion to appear by telephone at the April 14, 2008, case management conference is granted, **with no need for a hearing on the motion.** The court will initiate the telephone call to Mr. McClinton at (213) 894-1053 at 9:00 a.m., Monday, April 14, 2008 (Saipan date and time).

DATED this 3rd day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)