Richard W. Pierce
Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone:   (670) 235-3425
Facsimile:   (670) 235-3427

Attorney for Yun's Corporation and Town, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 07-0031 |
| Plaintiff, | **DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| YUN'S CORPORATION and TOWNHOUSE, INC., | |
| Defendant(s). | Date:   April 14, 2008<br>Time:   9:00 A.M.<br>Hon. Alex R. Munson |

Yun's Corporation ("Yun's") and Town, Inc. ("Townhouse") file their Case Management Conference ("CMC") Statement in this matter.

This litigation ought to follow a modified Standard Track because, in line with LR 16.2CJ(c)(2)(b), discovery will be relatively routine, discovery will require up to ten fact witnesses, the trial will likely last from five to ten days, and the character and nature of damages is relatively routine.

1.   <u>Factual Information:</u>

a.   The EEOC maintains that Yun's and Townhouse engaged in unlawful employment practices against Suzette Divina-Cruz, and other similarly situated women by terminating them, failing to renew their employment contracts, and/or discriminating against them on the basis of their gender (female) and

1  pregnancies in violation of Title VII of the Civil Rights Act of 1964, as amended,

2  the Pregnancy Discrimination Act of 1978, and Title I of the Civil Rights Act of

3  1991.

4         b.    Yun's and Townhouse maintain that each has treated its

5  pregnant employees and potential employees the same as similarly situated non-

6  pregnant employees and potential employees and in good faith acted to impose

7  Title VII standards in hiring and/or retention decisions and work place conditions.

8     2.    <u>CMC Statement</u>:

9         a.    All parties have been served.

10         b.    Jurisdiction and venue lie in this Court.

11         c.    Yun's and Townhouse retain the right to file motions for

12  summary judgment and/or partial summary judgment.

13         d.    Yun's and Townhouse do not anticipate the need for any

14  special procedures, including consolidation.

15         e.    Yun's and Townhouse do not anticipate the need for any

16  modifications of standard pretrial procedures on account of the relative simplicity

17  or complexity of the action, except for the possible need for depositions in other

18  countries.  Yun's and Townhouse request a Standard Track and a trial date beyond

19  the regular 12 month date in Standard Track cases due to the possibility that

20  potential witnesses may be in other jurisdictions.

21         f.    Yun's and Townhouse believe that EEOC did not engage in

22  statutorily required conciliation efforts prior to filing suit in this matter.  Yun's and

23  Townhouse are not amenable to settlement discussions at this time.

24                Respectfully submitted,

25                RICHARD W. PIERCE LAW OFFICE, LLC

26

27  Date:  April 3, 2008         _____/s/_____

                              Richard W. Pierce

28                                Attorney for Yun's Corporation and Town, Inc.