1  Anna Y. Park, SBN 164242
   U.S. EQUAL EMPLOYMENT
2  OPPORTUNITY COMMISSION
   255 E. Temple Street, 4th Floor
3  Los Angeles, CA 90012
   Telephone: (213) 894-1071
4  Facsimile: (213) 894-1301
   email: lado.legal@eeoc.gov

5  Attorneys for Plaintiff
   EQUAL EMPLOYMENT
6  OPPORTUNITY COMMISSION

7  Richard W. Pierce
   Richard W. Pierce, Law Office, LLC
8  P.O. Box 503514
   Saipan, MP 96950-3514
9  Telephone: (670) 235-3425
   Facsimile: (670) 235-3427
10
   Attorney for Defendants
11 YUN'S CORPORATION and TOWN, INCORPORATED

12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. CV 07-0031 |
| Plaintiff, | STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |
| vs. | |
| DEFENDANTS YUN'S CORPORATION, TOWNHOUSE INCORPORATED, and DOES 1-10, Inclusive | F. R. Civ. P. 15; LR 7.4. |
| | Honorable Alex R. Munson |
| Defendant(s). | |

-1-

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective attorneys of record that Plaintiff may file a First Amended Complaint, a
3  copy of which is attached hereto as Exhibit A. Plaintiff wishes to clarify, by means of
4  amending the complaint, the identity of the party named in the original complaint as
5  "Townhouse, Incorporated." The more accurate name for Townhouse, Incorporated is
6  "Town, Incorporated," doing business as "Townhouse." Accordingly, the parties
7  hereby stipulate and seek approval of the Court to file a First amended Complaint to
8  replace "Townhouse, Incorporated" as a defendant with "Town, Incorporated d/b/a
9  Townhouse".

10  IT IS FURTHER STIPULATED that upon service of the First Amended
11  Complaint, that Defendants shall be deemed to have filed an answer to the amended
12  complaint, and that all denials, responses and affirmative defenses contained in the
13  answer filed by the defendants to the original complaint shall be deemed to have been
14  filed and responsive to the amended complaint.

15  SO STIPULATED.

16  Dated:    June  18   , 2008          EQUAL EMPLOYMENT OPPORTUNITY
17                                        COMMISSION
                                          Anna Y. Park
18
19                                        By:_____/s/_____
                                              Anna Y. Park
20                                            Regional Attorney
21                                        Attorneys for Plaintiff
22
                                          YUN'S CORPORATION and TOWN, INC.
23                                            Richard W. Pierce
24
        June  18   , 2008                 By:       /s/_____
25                                            Richard W. Pierce
26                                        Attorney for Defendants
27
28