## DECLARATION OF ELECTRONIC SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing: STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; EXHIBIT A electronically via the Court's electronic case filing system to the following:

>  Richard W. Pierce
>  rwpierce@saipan.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008, at Los Angeles, California.


/S/
_____
Anna Y. Park