Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1071
Facsimile: (213) 894-1301
email: lado.legal@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Richard W. Pierce
Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Defendants
YUN'S CORPORATION and TOWN, INCORPORATED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DEFENDANTS YUN'S CORPORATION, TOWNHOUSE INCORPORATED, and DOES 1-10, Inclusive<br>Defendant(s). | CASE NO. CV 07-0031<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>F. R. Civ. P. 15; LR 7.4.<br><br>Honorable Alex R. Munson |

-1-

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that:

1.  Plaintiff United States Equal Employment Opportunity Commission ("EEOC") may file its First Amended Complaint, a copy of which was attached as Exhibit A to the STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT.

2.  Defendants waived notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by defendants to the original complaint shall be responsive to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: _____, 2008

ALEX R. MUNSON
United States District Judge