1

## DECLARATION OF ELECTRONIC SERVICE

2

3       I am, and was at the time the herein mentioned service took place, a citizen of the
4   United States, over the age of eighteen (18) years and not a party to the above-entitled
5   cause.
6       I am employed in the Legal Unit of the Los Angeles District Office of the United
7   States Equal Employment Opportunity Commission.
8       My business address is U.S. Equal Employment Opportunity Commission, Los
9   Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA
10  90012.
11      On the date that this declaration was executed, as shown below, I served the
12  foregoing: ORDER REGARDING STIPULATION TO PERMIT PLAINTIFF TO
13  FILE A FIRST AMENDED COMPLAINT, electronically via the Court's electronic
14  case filing system to the following:

15

16                          Richard W. Pierce
                            rwpierce@saipan.com
17

18  I declare under penalty of perjury that the foregoing is true and correct.

19

20  Executed on June 18, 2008, at Los Angeles, California.

21

22                      _____/s/_____

23                          Anna Y. Park

24

25

26

27

28

-3-