```
 1  Anna Y. Park, SBN 164242
    U.S. EQUAL EMPLOYMENT
 2  OPPORTUNITY COMMISSION
    255 E. Temple Street, 4th Floor
 3  Los Angeles, CA 90012
    Telephone: (213) 894-1071
 4  Facsimile: (213) 894-1301
    email: lado.legal@eeoc.gov
 5
    Attorneys for Plaintiff
 6  EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
 7
    Richard W. Pierce
 8  Richard W. Pierce, Law Office, LLC
    P.O. Box 503514
 9  Saipan, MP 96950-3514
    Telephone: (670) 235-3425
10  Facsimile: (670) 235-3427

11  Attorney for Defendants
    YUN'S CORPORATION and TOWN, INCORPORATED
12
```

**FILED**
Clerk
District Court

JUN 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DEFENDANTS YUN'S CORPORATION, TOWNHOUSE INCORPORATED, and DOES 1-10, Inclusive<br>Defendant(s). | CASE NO. CV 07-0031<br><br>*ARM*<br>[PROPOSED] ORDER REGARDING STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>F. R. Civ. P. 15; LR 7.4.<br><br>Honorable Alex R. Munson |

-1-

# ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that:

1. Plaintiff United States Equal Employment Opportunity Commission ("EEOC") may file its First Amended Complaint, a copy of which was attached as Exhibit A to the STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT.

2. Defendants waived notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by defendants to the original complaint shall be responsive to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: 6-20-, 2008

ALEX R. MUNSON
United States District Judge