FILED
Clerk
District Court

SEP 12 2008

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>YUN'S CORPORATION and TOWNHOUSE, INC.,<br><br>Defendants. | Civil Action No. 07-0031<br><br>Order Sanction Equal Employment Opportunity |

Anna Y. Park
U.S. EEOC
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

Richard W. Pierce
Attorney at Law
P.O. Box 503514
Saipan, MP 96950

The case management scheduling order of April 14, 2008, set a status conference for today, September 12, 2008, at 9:00 a.m. Defendant's Counsel Mr. Richard W. Pierce, appeared for defendants. No representative from the Equal Employment Commission appeared at the scheduled time and no request to appear telephonically was filed.

IT IS ORDERED THAT the Equal Employment Opportunities Commission is sanctioned the sum of $105.00, payable to Mr. Richard A. Pierce, for one-half hour of his billing rate for this case. Said sum shall be paid prior to September 19, 2008, at 3:30 p.m.

DATED THIS 12th day of September, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)