FILED
Clerk
District Court

OCT -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>YUN'S CORPORATION and TOWNHOUSE INCORPORATED,<br><br>Defendants | Civil Action No. 07-0031<br><br><br>ORDER CLOSING FILE |

BASED UPON the representations of counsel that this matter has been completely settled and that the parties have entered into a consent decree, and there remaining nothing before the court; NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed.

DATED this 7th day of October, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)